**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1679**

———————————

SANDRA K. NOVOTNY,

Plaintiff - Appellant,

versus

DYNCORP,

Defendant - Appellee,

and

DONALD TREES,

Defendant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CA-95-1430-A)

———————————

Submitted: May 15, 1997          Decided: May 28, 1997

———————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sandra K. Novotny, Appellant Pro Se. Howard V. B. Sinclair, ARENT, FOX, KINTNER, PLOTKIN & KAHN, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to her former employer and dismissing her action alleging discrimination because of her sex and pregnancy. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Novotny v. DynCorp</u>, No. CA-95-1430-A (E.D. Va. Mar. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>